1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, MAX E. STEWART*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| MAX E. STEWART, | Case No. 2:16-cv-00708-GMN-GWF |
| Plaintiff, | **MOTION VOLUNTARILY DISMISSING ACTION AS TO FIRST NATIONAL BANK OF OMAHA ONLY** |
| v. | |
| ARMED FORCES BANK, NATIONAL ASSOCIATION; COMMUNITY FINANCIAL CREDIT UNION; FIRST NATIONAL BANK OF OMAHA; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff MAX E. STEWART hereby moves that the above-entitled action

…

…

…

…

…

shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, FIRST NATIONAL BANK OF OMAHA**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:		July 20, 2016

By:    /s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
*Attorney for Plaintiff, Max Stewart*

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

Dated this  27  day of November, 2016.