David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MAX E. STEWART*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| MAX E. STEWART,<br><br>Plaintiff,<br><br>v.<br><br>ARMED FORCES BANK, NATIONAL ASSOCIATION; COMMUNITY FINANCIAL CREDIT UNION; FIRST NATIONAL BANK OF OMAHA; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:16-cv-00708-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EXPERIAN</u>** |

Plaintiff MAX E. STEWART and EXPERIAN INFORMATION

SOLUTIONS, INC. hereby stipulate and agree that the above-entitled action shall

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and

…

…

…

…

Page **1** of **2**

**as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear

its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                September 9, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Jennifer L. Braster, Esq.<br>Jennifer L. Braster, Esq.<br>Maupin Naylor Braster<br>1050 Indigo Drive<br>Suite 112<br>Las Vegas, NV 89145<br><br>*Attorney for Defendant, Experian* |

**ORDER**

IT IS SO ORDERED.
The Clerk of Court is instructed to close
the case.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

DATED this __5__ day of December, 2016.